IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARSHA NICHOLAS,

    Plaintiff,

v.  No. 2:17-cv-00361-MV-KRS

WINDSTREAM COMMUNICATIONS, LLC,

    Defendant.

### STIPULATED ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

This matter comes before the Court on the parties' Joint Motion to Extend Discovery and Discovery Motions deadlines [Doc. No. 24]. Having considered the motion, noting that it is unopposed and will not disrupt other case deadlines, and being otherwise fully advised, the Court finds that the motion is well-taken and should be GRANTED.

**IT IS, THEREFORE, ORDERED** that the discovery deadline in the above-captioned case is hereby extended to **December 15, 2017**, and the discovery-motions deadline is hereby extended to **December 29, 2017.** All other deadlines not herein referenced shall remain in full force and effect.

_____
MAGISTRATE JUDGE KEVIN R. SWEAZEA