# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARSHA NICHOLAS,

      Plaintiff,

                                   No. 2:17-cv-361-MV-KRS

v.

WINDSTREAM
COMMUNICATIONS, LLC,

      Defendant.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion to Extend

Discovery Motions Deadline (Doc. 29), filed December 28, 2017. The Court, being fully

advised in the premises, **FINDS** and **CONCLUDES** that the motion is well-taken and should be

granted.

**IT IS, THEREFORE, ORDERED** that the discovery-motions deadline is hereby

extended to January 16, 2018.[1] All other deadlines not herein referenced shall remain in full

force and effect.


                                            _____
                                            KEVIN R. SWEAZEA
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requested a new deadline of January 15, 2018; however, that date falls upon a federal holiday. Accordingly, the deadline is extended to January 16, 2018.