IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARSHA NICHOLAS,

    Plaintiff,

v.           No. 2:17-cv-00361-KRS-GJF

WINDSTREAM COMMUNICATIONS, LLC,

    Defendant.

## STIPULATED ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF RETALIATION

This matter comes before the Court on Defendant's Motion for Partial Summary Judgment on Plaintiff's Claim of Retaliation, filed January 11, 2018 [Doc. No. 32]. The parties have informed the Court that, after considering the motion, Plaintiff has decided not to oppose it and stipulates to the entry of this order.

Accordingly, the Court, having considered the motion and the parties' stipulation, finds that the motion should be GRANTED.

It is therefore ordered that Defendant's Motion for Partial Summary Judgment on Plaintiff's Claim of Retaliation is GRANTED, and Plaintiff's claim of retaliation (Count III) is hereby DISMISSED with prejudice.

_____
MAGISTRATE JUDGE KEVIN R. SWEAZEA

SUBMITTED AND APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Jeffrey L. Lowry*
  Jeffrey L. Lowry
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
jlowry@rodey.com

*Attorneys for Defendant*


LARA LAW FIRM, LLC

By  *Electronically Approved on February 8, 2018*
  Roxanne R. Lara
310 N. Canyon Street – No. B
Carlsbad, NM  88220
Telephone:  575-628-8248
Facsimile:  575-628-0016
laralaw@windstream.net

– AND –

Dick A. Blenden
Blenden Law Firm, P.A.
208 W. Stevens Street
Carlsbad, NM  88220
Telephone:  575-887-2071
Facsimile:  575-885-6453
dblenden@pvtnetworks.net

*Attorneys for Plaintiff*