IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARSHA NICHOLAS,

        Plaintiff,

v.                                                              No. 2:17-cv-00361-KRS-GJF

WINDSTREAM COMMUNICATIONS, LLC,

        Defendant.

## STIPULATED ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL ORDER DEADLINES

This matter comes before the Court on the parties' Joint Motion to Extend Pretrial Order deadlines. Having considered the motion, noting that it is unopposed and will not disrupt other case deadlines, and being otherwise fully advised, the Court finds that the motion is well-taken and should be GRANTED.

It is therefore ordered that the pretrial order deadlines in the above-captioned case are hereby extended as follows: **Plaintiff to Defendant by: April 16, 2018; Defendant to Court by: April 23, 2018.**

                                                                                   */s/ Kevin Sweazea*
                                                            MAGISTRATE JUDGE KEVIN R. SWEAZEA