IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARSHA NICHOLAS,

    Plaintiff,

v.                      No. 2:17-cv-00361-KRS-GJF

WINDSTREAM COMMUNICATIONS, LLC,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court on the Joint Motion to Dismiss With Prejudice [Doc. 60] submitted by the parties. The Court, having considered the Motion, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that the above-captioned action is dismissed in its entirety and with prejudice. Each party will bear her or its own costs and attorneys' fees.

_____
UNITED STATES MAGISTRATE JUDGE